**No. 49821.**—Protest 90919–K of Meyer & Lange (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of peeled grapes in cans, the same as that passed upon in *United States* v. *Meyer & Lange* (32 C. C. P. A. 1, C. A. D. 277). In view thereof the court held the merchandise dutiable at 25 cents per cubic foot under paragraph 742 as claimed.